# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

DANIEL B. BRAGG,

        Petitioner,    :    Case No. 2:18-cv-762

- vs -    District Judge Algenon L. Marbley
    Magistrate Judge Michael R. Merz

WARDEN,
  Pickaway Correctional Institution,

                                          :
        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

This habeas corpus case under 28 U.S.C. § 2254, brought *pro se* by Petitioner Daniel Bragg, is before the Court on the Magistrate Judge's Report and Recommendations (ECF No. 13) recommending that Petitioner's Motion for Relief from Judgment (ECF No. 13) should be denied. Petitioner was notified in the Report that any objections he might have to the Report were required to be filed not later than seventeen days after the Report was served on him. The docket reflects service was made June 5, 2020, but no objections have been filed and the time for doing so has expired.

Accordingly, the Report and Recommendations is ADOPTED and Petitioner's Motion for Relief from Judgment (ECF No. 13) is DENIED. Because reasonable jurists would not disagree with this conclusion, Petitioner is denied a certificate of appealability and the Court certifies to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*.

1

IT IS SO ORDERED.

September 28, 2020.

_____
Algenon L. Marbley, Chief Judge